```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

JUAN MIGUEL LOPEZ,            )
                              )
          Plaintiff,          )
                              )
     v.                       )         10 C 7292
                              )
KENNEDY FISH & CHICKEN, INC.  )
and LIAQAT ALI,               )
                              )
          Defendants.         )

## MEMORANDUM ORDER

Miguel Lopez ("Lopez") has brought this action, claiming that he is owed unpaid overtime wages by his employer.[1] Lopez' Complaint is accompanied by an In Forma Pauperis Application ("Application"), prepared on the form provided by the Clerk's Office for that purpose. This memorandum order is occasioned by a question raised by Lopez' responses to the questions posed by the Application.

According to Application ¶¶2(a) and 3, both Lopez and his wife are employed at the employer defendants' location. What is unclear from those responses is the income level of each of them. If their aggregate monthly income is $2600, as appears to be a possibility from the numbers set out in the Application, it would have to be denied and Lopez (who is represented by counsel) would

---

[1] Lopez' lawyers have also advanced two other counts in his Complaint.

have to pay the $350 filing fee. So some further input from Lopez is needed -- and promptly.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 19, 2010